BC  {If you need additional space for ANY section, please attach an additional sheet and reference that section.}

FILED
1/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Uluk Toktonazar Uulu )
    Plaintiff )  **Case Number**: 1:24-cv-13010
)
    v. )  **Judge**: John J. Tharp, Jr
)
Iliaz Bostonov )  **Magistrate Judge**: M. David Weisman
)
    Defendant )

On August 21, 2024, Iliaz Bostonov (DEFENDANT) entered into a written agreement with Uluk Toktonaza Uulu (PLAINTIFF) regarding the purchase of a 2022 Ford F-350 (VIN: 1FT8W3DT2NED11673). The vehicle, which had a recorded mileage of 270,000 miles at the time of sale, was sold for the total amount of $47,000. The agreement specified an APR of 6.14%, and requires to make monthly payments of $1,500 on the beginning of each month, starting in September 2024, until the balance paid in full. The Defendant acknowledged and fully understood the terms of the agreement and provided their signature on the same day. Plaintiff performed his obligations under the agreement. Despite the Plaintiff's fulfillment of the agreement including delivering the vehicle to Defendant. Iliaz Bostonov has failed to make any monthly payments towards the truck purchase, despite repeated demands for payment or demand to return the truck. He refused to pay the agreed amount stated in the contract with accrued interest, repair costs and penalties in total amount of $66,350.00 or return the truck. A Final Demand for Payment letter, included as part of the complaint, was sent to the Defendant's residential address via certified mail on November 18, 2024. Despite this notice, no response or communication has been received from Iliaz Bostonov. Defendant remains in breach of the contract. Therefore, Uluk Toktonazar Uulu respectfully request the Judge to enter judgement in favor of Plaintiff and against Iliaz Bostonov in the amount of $66,350.00, which includes the price of the vehicle, accrued interest, repaired costs and penalties from the date of the breach of the contract.

Respectfully submitted,
Uluk Toktonazar Uulu
12256 Butler Ln
Huntleyt, IL 60142
(312)-586-5636
uaconsulting203@gmail.com

01/13/2025
*[signature]*